# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130890 & (73)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES ALAN GREER,
      Defendant-Appellant.

SC: 130890
COA: 257269
Oakland CC: 03-189702-FH

_____/

      On order of the Court, the application for leave to appeal the February 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand for an evidentiary hearing is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

p0724